## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD CRENSHAW, | § | |
| Petitioner | § | |
| | § | |
| v. | § | C.A. NO. C-04-683 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION, | § | |
| Respondent | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT

On September 14, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 23). Objections were timely filed (D.E. 25). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's motion to for summary judgment (D.E. 19) is granted and petitioner's motion for summary judgment (D.E. 22) is denied.

ORDERED this ____19th____ day of ____February____, 2006.

_Hayden Head_____

HAYDEN HEAD

CHIEF JUDGE